ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAMINDERJIT SINGH SANDHU,<br><br>Debtor. | Case No. 2:26-MC-00212-DJC-CKD<br><br>**STIPULATION RE CONTINUING GARNISHMENT; AND ORDER THEREON**<br><br>Criminal Case No.: 2:23-CR-00094-DJC |
| ROBINHOOD FINANCIAL, LLC and ROBINHOOD SECURITIES, LLC,<br><br>Garnishee. | |

The United States of America and debtor Shaminderjit Singh Sandhu (collectively the Parties) hereby stipulate to the final resolution of the United States' pending continuing garnishment action as follows:

1. On July 6, 2026, the United States filed an Application for Writ of Continuing Garnishment of property located at garnishee Robinhood Financial, LLC and Robinhood Securities, LLC in which Shaminderjit Singh Sandhu has an interest. ECF No. 1. The Clerk of Court issued the requested writ on July 17, 2016. ECF 4.

2. The United States seeks to garnish $5,075 to satisfy Shaminderjit Singh Sandhu's outstanding restitution balance.

3. The Parties have agreed to a resolution of this garnishment action and agree to entry of an order approving this stipulation by a magistrate judge.

4. To effectuate their agreement, the Parties agree that the Court can and should enter an order as follows:

A. That garnishee Robinhood Financial, LLC and Robinhood Securities, LLC, should be ordered to turn over $5,075 from the funds held in account number C-xxxxx8379 within 14 days of approval of this stipulation;

B. That upon verification of receipt of the funds by the clerk of the court, the United States will immediately move to terminate the writ and release all remaining funds held pursuant to this writ;

C. That each party shall bear their own costs; and

D. That the Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

Respectfully submitted,

FOR THE UNITED STATES:

ERIC GRANT
United States Attorney

Dated: _9/30/26____________ By: /s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

FOR THE DEBTOR:

Dated: __9/17/26___________ By: /s/ Shaminderjit Singh Sandhu
SHAMINDERJIT SINGH SANDHU
Debtor

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Garnishment (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

A. Garnishee Robinhood Financial, LLC and Robinhood Securities, LLC is ordered to turn over $5,075 from the funds held in account number C-xxxxx8379 within 14 days of approval of this stipulation. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

Office of the Clerk
501 I St., Rm. 4-200
Sacramento, CA 95814

The criminal docket number (**2:23-cr-00094**) shall be stated on the payment instrument;

B. Upon verification of receipt of the funds by the clerk of the court, the United States will immediately move to terminate the writ and release all remaining funds held pursuant to this writ;

C. Each party shall bear their own costs; and

D. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated: September 30, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 usa26cv0212.stip.garn